1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX GOMEZ, | Case No.  1:20-cv-01595-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DEEMED UNOPPOSED |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **FIVE DAY DEADLINE** |
| Defendant. | |

On November 12, 2020, Plaintiff Felix Gomez filed this action seeking judicial review of the denial of benefits by the Commissioner of Social Security.  (ECF No. 1.)  On November 13, 2020, the scheduling order issued.  (ECF No. 5.)  The parties stipulated to a single thirty (30) day extension to file Plaintiff's opening brief.  (ECF No. 16.)  On September 29, 2021, Plaintiff filed an opening brief.   (ECF No. 17.)   Pursuant to the scheduling order, the Commissioner's responsive brief was to be filed within thirty (30) days after service of Plaintiff's opening brief, or by October 29, 2021.   (ECF No. 5 at ¶ 7.)   Defendant filed an opposition on Monday, November 8, 2021.  (ECF No. 18.)  Defendant filed no request to extend the deadline nor does it appear to have otherwise addressed the deficiency in the filed opposition.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that, within five (5) days from the date of entry of this order, Defendant shall show cause in writing why Plaintiff's opening brief should not be deemed unopposed for the failure to file an opposition by the deadline to do so.

IT IS SO ORDERED.

Dated:   **November 9, 2021**

UNITED STATES MAGISTRATE JUDGE