# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01595-SAB<br><br>ORDER DISCHARGING NOVEMBER 10, 2021 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 19, 20) |

On November 12, 2020, Plaintiff Felix Gomez filed this action seeking judicial review of the denial of benefits by the Commissioner of Social Security. (ECF No. 1.) Pursuant to the scheduling order, the Commissioner's responsive brief was to be filed within thirty (30) days after service of Plaintiff's opening brief, or by October 29, 2021. (ECF No. 5 at ¶ 7.) Defendant filed an opposition on Monday, November 8, 2021. (ECF No. 18.) Defendant filed no request to extend the deadline nor does it appear to have otherwise addressed the deficiency in the filed opposition. Due to the failure, on November 9, 2021, the Court issued an order requiring Defendant to show cause why Plaintiff's opening brief should not be deemed unopposed. (ECF No. 19.)

On November 10, 2021, Defendant filed a response to the order to show cause indicating that the deadline to file an opposition brief was mis-calendared by entering in 40 days instead of 30 days, and that Defendant has contacted Plaintiff's counsel and Plaintiff's counsel does not

1

oppose extending the deadline to allow Defendant to file the opposition late. (ECF No. 20.) The Court finds good cause to discharge the order to show cause. The Court shall set the deadline for Plaintiff's reply brief as 15 days following entry of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 9, 2021 order to show cause (ECF No. 19) is DISCHARGED; and
2. Plaintiff shall file any reply brief within fifteen (15) days of entry of this order.

IT IS SO ORDERED.

Dated: **November 12, 2021**

UNITED STATES MAGISTRATE JUDGE